UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX Z. MARTINEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, et al.<br><br>Defendants. | Case No. EDCV 10-01495 VAP(PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on December 2, 2010, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims against the Federal Deposit Insurance Corporation are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 13, 2010

VIRGINIA A. PHILLIPS
United States District Judge